Copyrights-In-Suit for IP Address 67.169.102.58

**ISP:** Comcast Cable
**Location:** Saratoga, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 07/12/2015 |
| Rub Me The Right Way | PA0001949366 | 06/17/2015 | 07/01/2015 | 06/26/2015 |
| First Lesbian Experience | PA0001947093 | 06/05/2015 | 06/16/2015 | 06/06/2015 |
| Red Hot and Ready | PA0001935104 | 03/03/2015 | 03/11/2015 | 03/09/2015 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/02/2015 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 01/10/2015 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 01/10/2015 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 12/18/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 12/18/2014 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/02/2014 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 11/01/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/17/2014 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 09/17/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/07/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/15/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/28/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/14/2014 |
| Come To Me Now | PA0001892181 | 04/21/2014 | 04/29/2014 | 04/28/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/28/2014 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 02/26/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/23/2014 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Like the Sun | PA0001865955 | 10/01/2013 | 10/06/2013 | 10/17/2013 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 10/16/2013 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 10/16/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/16/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/16/2013 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 10/16/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/16/2013 |
| Cassie My Love | PA0001866053 | 10/13/2013 | 10/16/2013 | 10/16/2013 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 10/16/2013 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 10/16/2013 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 10/16/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 07/03/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 07/03/2013 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 07/03/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/25/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 06/15/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/15/2013 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/15/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/14/2013 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 06/14/2013 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 06/14/2013 |
| Only Lorena | PA0001847654 | 06/02/2013 | 06/18/2013 | 06/13/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/13/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 06/13/2013 |
| Intimate Experience | PA0001847657 | 06/10/2013 | 06/18/2013 | 06/13/2013 |

EXHIBIT B

NCA11

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/08/2013 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 05/27/2013 |
| I Touch Myself | PA0001846084 | 05/21/2013 | 06/16/2013 | 05/27/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 05/26/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/22/2013 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 05/20/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/05/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 05/01/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/25/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/25/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/17/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/13/2013 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 04/11/2013 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/08/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/08/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  61**

EXHIBIT B

NCA11