IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Litigation* | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| | No. C 15-04088 WHA |
| | No. C 15-04108 WHA |
| | No. C 15-04109 WHA |
| | No. C 15-04110 WHA |
| | No. C 15-04111 WHA |
| | No. C 15-04112 WHA |
| | No. C 15-04150 WHA |
| | No. C 15-04152 WHA |
| | No. C 15-04153 WHA |
| | No. C 15-04154 WHA |
| | No. C 15-04155 WHA |
| | No. C 15-04156 WHA |
| | No. C 15-04157 WHA |
| | No. C 15-04158 WHA |
| | No. C 15-04159 WHA |
| | No. C 15-04160 WHA |
| | No. C 15-04161 WHA |
| | No. C 15-04162 WHA |
| | No. C 15-04163 WHA |
| | No. C 15-04164 WHA |
| | No. C 15-04165 WHA |
| | No. C 15-04166 WHA |
| | No. C 15-04167 WHA |
| | No. C 15-04168 WHA |
| | No. C 15-04169 WHA |
| | No. C 15-04170 WHA |
| | No. C 15-04171 WHA |
| | No. C 15-04172 WHA |
| | No. C 15-04173 WHA |
| | No. C 15-04174 WHA |
| | No. C 15-04175 WHA |
| | No. C 15-04176 WHA |
| | No. C 15-04178 WHA |
| | No. C 15-04179 WHA |
| | No. C 15-04194 WHA |
| | No. C 15-04195 WHA |

```
                                          No. C 15-04242 WHA
                                          No. C 15-04243 WHA
                                          No. C 15-04244 WHA
                                          No. C 15-04245 WHA
                                          No. C 15-04246 WHA
                                          No. C 15-04248 WHA
                                          No. C 15-04280 WHA
                                          No. C 15-04281 WHA
                                          No. C 15-04283 WHA
                                          No. C 15-04284 WHA
                                          No. C 15-04286 WHA
                                          No. C 15-04287 WHA
                                          No. C 15-04288 WHA
                                          No. C 15-04289 WHA
                                          No. C 15-04290 WHA
                                          No. C 15-04291 WHA
                                          No. C 15-04292 WHA
                                          No. C 15-04293 WHA
                                          No. C 15-04294 WHA
                                          No. C 15-04430 WHA
                                          No. C 15-04431 WHA
                                          No. C 15-04432 WHA
                                          No. C 15-04433 WHA
                                          No. C 15-04434 WHA
                                          No. C 15-04435 WHA
                                          No. C 15-04436 WHA
                                          No. C 15-04437 WHA
                                          No. C 15-04438 WHA
                                          No. C 15-04439 WHA
                                          No. C 15-04440 WHA
                                          No. C 15-04441 WHA
                                          No. C 15-04442 WHA
_____/           No. C 15-04443 WHA
```

A case management conference in each of the above-captioned matters is hereby scheduled for **MARCH 3, 2016 AT 1:30 P.M.** in Courtroom 8, 19th Floor, of the federal courthouse, 450 Golden Gate Ave. The cases shall be collectively referred to as "*In re Malibu Media Copyright Litigation.*" The parties in each matter shall submit a joint case management statement by **FEBRUARY 25**.

**IT IS SO ORDERED.**

Dated: November 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2