Robert C. Matz (California State Bar No. 217822)
MATZ LAW GROUP
2425 Webb Avenue, Suite 200
Alameda, CA 94501
Telephone: (510) 263-8775
E-mail: robert@matzlawgroup.legal

Attorneys for [REDACTED] Doe Defendant

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br>       Plaintiff, <br><br> v. <br><br> [REDACTED], <br><br>       Defendant. | CASE NO.   3:15-CV-04154 WHA <br><br> **[REDACTED'S] REQUEST FOR MAGISTRATE JUDGE SALLIE KIM TO GRANT AN EXTENSION OF TIME (UNTIL MAY 11, 2016) TO SUBMIT A SETTLEMENT CONFERENCE STATEMENT IN RE: FEBRUARY 19, 2016 SETTLEMENT CONFERENCE AND ORDER** <br><br> **DEMAND FOR JURY TRIAL** |

   **[REDACTED]**, ("Doe Defendant"), by and through attorney Robert C. Matz, of the Matz Law Group, hereby requests that Magistrate Judge Sallie Kim grant an extension of time for Doe Defendant to submit a Settlement Conference Statement.  Due to an unforeseen delay in receiving documentation/evidence relating to a complete defense (which was to be delivered on or around May 2, 2016), Doe Defendant was unable to submit a complete Settlement Conference Statement on the date specified in the Settlement Conference Order.

   As Doe Defendant, in advance of the Settlement Conference, and in furtherance of the parties' settlement efforts, is working with counsel for Plaintiff to ensure the forensic analysis of Doe Defendant's computer is conducted in a manner that is acceptable to Plaintiff, and as that

forensic analysis is unlikely to be completed before the Settlement Conference on May 19, 2016, Doe Defendant hereby requests permission to submit a Settlement Conference Statement on May 11, 2016, after receiving permission from Magistrate Judge Kim to file the statement after the date set in the Settlement Conference Order.

Counsel for Plaintiff has indicated to counsel for Doe Defendant that the inability to obtain a forensic analysis before the May 19, 2016 Settlement Conference will not be an impediment to settlement.

Dated: May 10, 2016          By:     */s/ Robert C. Matz*_____
                                     Robert C. Matz (California State Bar No. 217822)
                                     MATZ LAW GROUP
                                     2425 Webb Avenue, Suite 200
                                     Alameda, CA 94501
                                     Telephone: (510) 263-8775
                                     E-mail: robert@matzlawgroup.legal

                                     Attorney for [REDACTED] Doe Defendant

## [PROPOSED] ORDER

Magistrate Sallie Kim has reviewed Doe Defendant's request for an extension of time to submit a Settlement Conference Statement and, for good cause appearing, grants Doe Defendant until May 11, 2016 to submit a Settlement Conference Statement.

IT IS SO ORDERED:

Dated: May 10, 2016                  _____
                                     MAGISTRATE JUDGE SALLIE KIM

CASE NO. 3:15-CV-04154 WHA          2          [REDACTED'S] REQUEST FOR
                                               EXTENSION AND ORDER