IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 67.3169.102.58,

    Defendant.

No. C 15-04154 WHA

**ORDER RE NOTICE
OF SETTLEMENT**

The Court acknowledges and thanks defendant for its notice of settlement but cautions that all deadlines and hearings remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE