IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA LLC, | No. C 15-04154 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.3169.102.58, | **ORDER ON STIPULATION OF DISMISSAL** |
| Defendant. | |

The parties' stipulation to dismiss all claims against each other with prejudice is hereby **APPROVED**. Each party shall bear its own attorney's fees and costs. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE